1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:    (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:        David_Peterson@fd.org

6  Attorneys for Defendant

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE RUBEN B. BROOKS)**

11 | UNITED STATES OF AMERICA,        ) CASE NO. 08MJ1829
                                      )
12 |           Plaintiff,             )
                                      )
13 | v.                               )
                                      ) **NOTICE OF APPEARANCE**
14 | OSCAR GABRIEL PERAZA,            )
                                      )
15 |           Defendant.             )
                                      )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 lead attorney in the above-captioned case.

20                                        Respectfully submitted,

22 Dated: June 17, 2008                   */s/ DAVID M. C. PETERSON*
                                          DAVID M.C. PETERSON
23                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
24                                        David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 17, 2008                                            */s/ DAVID M. C. PETERSON*
                                                                           DAVID M.C. PETERSON
                                                                           Federal Defenders of San Diego, Inc.
                                                                           225 Broadway, Suite 900
                                                                           San Diego, CA  92101-5030
                                                                           (619) 234-8467  (tel)
                                                                           (619) 687-2666  (fax)
                                                                           David_Peterson@fd.org (email)